AARON TRAVITZKY, Appellant, *v.* ISIDORE A. SCHAMROTH et al., Respondents.

Submitted January 15, 1951; decided January 18, 1951.

*Francis A. Mahony* and *Robert J. Kelly* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.